UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| Latonna Crayton | ) | Case No.12-49550 |
|     Debtor | ) | Chapter 13 |
| | ) | |
| John V. LaBarge, Jr. | ) | |
| Chapter 13 Trustee | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Latonna Crayton | ) | |
|     Respondent | ) | |

## RESPONSE TO MOTION TO DISMISS

COMES NOW Debtor, by and through Debtor's attorney and states as follows:

1.    Debtor plans to become current.

WHEREFORE, Debtor prays for an Order of this Court denying Movant's Motion to Dismiss.

        RESPECTFULLY SUBMITTED
        Macey Bankruptcy Law, P.C.
        Chantal Methot, #60604MO
        515 Olive St., #702
        St. Louis, MO 63101
        314-588-1520
        (fax) 314-588-1476
        email: cmt@legalhelpers.com

**Certificate of Service**

  The undersigned hereby certifies that a copy of the foregoing was served through the Court's ECF system of by regular mail on 07/11/13 to:

                            /s/ Chantal Methot

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143